# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  COLORADO

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UWT, INC. | § | Case No. 13-18184 EEB |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeffrey A. Weinman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants:  364,880.50

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  522,260.94

3) Total gross receipts of $ 891,012.76  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,871.32  (see **Exhibit 2**), yielded net receipts of $ 887,141.44  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 522,260.94 | 522,260.94 | 522,260.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,558,615.20 | 3,677,020.81 | 3,677,020.81 | 364,880.50 |
| **TOTAL DISBURSEMENTS** | $ 1,558,615.20 | $ 4,199,281.75 | $ 4,199,281.75 | $ 887,141.44 |

4)  This case was originally filed under chapter 7 on  05/14/2013 .  The case was pending for 66 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/10/2018                    By:/s/Jeffrey A. Weinman, Trustee
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FUNDS AT WELLS FARGO BANK | 1129-000 | 41,012.76 |
| CIVIL ACTION AGAINST TRAVELERS/SETTLEMENT | 1249-000 | 850,000.00 |
| TOTAL GROSS RECEIPTS | | $891,012.76 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the Bankruptcy Court Registry | Non-Estate Funds Paid to Third Parties | 8500-001 | 3,871.32 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 3,871.32 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JEFFREY A. WEINMAN, TRUSTEE | 2100-000 | NA | 47,800.64 | 47,800.64 | 47,800.64 |
| TRUSTEE EXPENSES:JEFFREY A. WEINMAN, TRUSTEE | 2200-000 | NA | 482.38 | 482.38 | 482.38 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 361.52 | 361.52 | 361.52 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 11,267.93 | 11,267.93 | 11,267.93 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ALLEN & VELLONE, P.C. | 3210-000 | NA | 301,156.08 | 301,156.08 | 301,156.08 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):KASOWITZ, BENSON, TORRES & FRIEDMAN | 3210-000 | NA | 40,065.00 | 40,065.00 | 40,065.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ALLEN & VELLONE, P.C. | 3220-000 | NA | 65,006.84 | 65,006.84 | 65,006.84 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):RUBINBROWN, LLP | 3410-000 | NA | 56,120.55 | 56,120.55 | 56,120.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 522,260.94 | $ 522,260.94 | $ 522,260.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrew Thompson | | 200,430.00 | NA | NA | 0.00 |
| | Carl R. Pipoly, Esq. 14100 San Pedro Avenue, #308 San Antonio, TX  78232-4361 | | 0.00 | NA | NA | 0.00 |
| | Deborah (Fiore) Labaty | | 150,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jack Pickerill | | 200,248.00 | NA | NA | 0.00 |
| | James Askew | | 500,000.00 | NA | NA | 0.00 |
| | Jeffrey P. Coleman, Esq. 581 S. Duncan Ave. Clearwater, FL  33756 | | 0.00 | NA | NA | 0.00 |
| | Julie Down | | 318,560.02 | NA | NA | 0.00 |
| | Lynn Henricksen | | 139,817.16 | NA | NA | 0.00 |
| | The Goldman Law Firm Attn: R. Goldman And R. Good, Jr. Merchant Bank Building, 55 Main St. Tiburon, CA  93920 | | 0.00 | NA | NA | 0.00 |
| | The Goldman Law Firm Attn: R. Goldman And R. Good, Jr. Merchant Bank Building, 55 Main St. Tiburon, CA  93920 | | 0.00 | NA | NA | 0.00 |
| | The Goldman Law Firm Attn: R. Goldman And R. Good, Jr. Merchant Bank Building, 55 Main St. Tiburon, CA  93920 | | 0.00 | NA | NA | 0.00 |
| | The Goldman Law Firm Attn: R. Goldman And R. Good, Jr. Merchant Bank Building, 55 Main St. Tiburon, CA  93920 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Goldman Law Firm Attn: R. Goldman And R. Good, Jr. Merchant Bank Building, 55 Main St. Tiburon, CA  93920 | | 0.00 | NA | NA | 0.00 |
| | Thomas Freiburger | | 49,560.02 | NA | NA | 0.00 |
| 000005 | ANDREW THOMPSON | 7100-000 | NA | 200,430.00 | 200,430.00 | 20,100.22 |
| 000007 | ANDREW THOMPSON | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000053 | ANN MARIE KENBACK | 7100-000 | NA | 253,699.28 | 253,699.28 | 25,442.36 |
| 000048 | ARTHUR M. VALENZUELA | 7100-000 | NA | 10,660.00 | 10,660.00 | 1,069.04 |
| 000041 | BART HAMLETT | 7100-000 | NA | 13,595.20 | 13,595.20 | 1,363.40 |
| 000027 | BRUCE EPSTEIN | 7100-000 | NA | 184,456.20 | 184,456.20 | 18,498.28 |
| 000038 | CHRISTINE M. CULLEN | 7100-000 | NA | 5,000.00 | 5,000.00 | 501.43 |
| 000036 | CLIFFORD THOMPSON | 7100-000 | NA | 16,829.00 | 16,829.00 | 1,687.70 |
| 000050 | CRYSTAL MARIE NEWTON | 7100-000 | NA | 2,825.96 | 2,825.96 | 283.40 |
| 000044 | DAVID W. MORALES | 7100-000 | NA | 4,742.07 | 4,742.07 | 475.56 |
| 000006 | DEBORAH (FIORE) LABATY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | DEBORAH (FIORE) LABATY | 7100-000 | NA | 150,082.00 | 150,082.00 | 15,051.05 |
| 000029 | DIANA K. ENGLUND | 7100-000 | NA | 68,622.12 | 68,622.12 | 6,881.80 |
| 000047 | DONNA LYNN PIERCE | 7100-000 | NA | 5,247.00 | 5,247.00 | 526.20 |
| 000014 | DOREEN CONTEE-WALL | 7100-000 | NA | 8,890.71 | 8,890.71 | 891.61 |
| 000031 | ERIC ELLIOTT | 7100-000 | NA | 34,419.50 | 34,419.50 | 3,451.78 |
| 000004 | JACK PICKERILL | 7100-000 | NA | 200,248.00 | 200,248.00 | 20,081.97 |
| 000042 | JACOB STOCK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | JAMES B. ASKEW | 7100-000 | NA | 429,840.70 | 429,840.70 | 43,106.78 |
| 000032 | JAMES L & DEBORAH L BROSSARD | 7100-000 | NA | 10,000.00 | 10,000.00 | 1,002.85 |
| 000034 | JOE E. MICKELSON | 7100-000 | NA | 40,656.38 | 40,656.38 | 4,077.25 |
| 000043 | JOHN MCHONE | 7100-000 | NA | 18,000.00 | 18,000.00 | 0.00 |
| 000021 | JONATHAN WOODLAND | 7100-000 | NA | 5,225.00 | 5,225.00 | 523.99 |
| 000002 | JULIE DOWN | 7100-000 | NA | 318,560.12 | 318,560.12 | 31,946.96 |
| 000033 | KEVIN W. WICKE | 7100-000 | NA | 29,524.23 | 29,524.23 | 2,960.85 |
| 000022 | KIM F. FIORIO | 7100-000 | NA | 3,308.09 | 3,308.09 | 331.75 |
| 000001 | LYNN HENRIKSEN | 7100-000 | NA | 139,817.16 | 139,817.16 | 14,021.63 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000040 | MARIE ANNETTE SORTILLON-JONES | 7100-000 | NA | 9,404.84 | 9,404.84 | 943.17 |
| 000026 | MICHAEL C. FUSANO | 7100-000 | NA | 20,603.00 | 20,603.00 | 0.00 |
| 000009 | MR. AND MRS. HOFFEDITZ | 7100-000 | NA | 531,312.50 | 531,312.50 | 53,282.93 |
| 000011 | MYRON RAY SIMS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000012 | PAMELA ANN SIMS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000013 | PAMELA ANN SIMS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000052 | PAULETTE D LOAGUE | 7100-000 | NA | 33,874.37 | 33,874.37 | 3,397.11 |
| 000046 | RICHARD E. HUFF | 7100-000 | NA | 70,290.00 | 70,290.00 | 7,049.07 |
| 000020 | RICHARD IMMITT | 7100-000 | NA | 22,963.00 | 22,963.00 | 2,302.86 |
| 000023 | RICHARD P. FIORIO | 7100-000 | NA | 4,408.24 | 4,408.24 | 442.08 |
| 000010 | ROBERT C CANFIELD | 7100-000 | NA | 81,327.55 | 81,327.55 | 8,155.97 |
| 000019 | ROBERTA TIBBLES | 7100-000 | NA | 49,890.00 | 49,890.00 | 5,003.24 |
| 000054 | RODNEY C PHILLIPS | 7100-000 | NA | 100,000.00 | 100,000.00 | 10,028.55 |
| 000039 | RON S. CULLEN | 7100-000 | NA | 88,281.96 | 88,281.96 | 8,853.40 |
| 000015 | ROY H. POWELL | 7100-000 | NA | 53,738.58 | 53,738.58 | 5,389.20 |
| 000030 | SEAN ENGLUND | 7100-000 | NA | 18,410.41 | 18,410.41 | 1,846.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | STANLEY R. MCGAHAN | 7100-000 | NA | 160,000.00 | 160,000.00 | 16,045.68 |
| 000035 | STANLEY R. MCGAHAN | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000045 | TERRANCE J. GORMLEY | 7100-000 | NA | 36,341.57 | 36,341.57 | 3,644.53 |
| 000003 | THOMAS FREIBURGER | 7100-000 | NA | 49,372.37 | 49,372.37 | 4,951.33 |
| 000037 | THOMAS MICHEL | 7100-000 | NA | 29,087.26 | 29,087.26 | 2,917.03 |
| 000025 | THOMAS PAUL HORWATH | 7100-000 | NA | 16,680.00 | 16,680.00 | 1,672.76 |
| 000051 | THOMAS PAUL HORWATH | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000049 | TIMOTHY W. NEWTON | 7100-000 | NA | 11,466.47 | 11,466.47 | 1,149.92 |
| 000016 | VIRGINIA ANN POWELL | 7100-000 | NA | 26,064.13 | 26,064.13 | 2,613.86 |
| 000028 | WILLIAM F. JEWELL | 7100-000 | NA | 33,825.84 | 33,825.84 | 3,392.24 |
| 000017 | WILLIAM HOLDEN | 7100-000 | NA | 75,000.00 | 75,000.00 | 7,521.41 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,558,615.20 | $ 3,677,020.81 | $ 3,677,020.81 | $ 364,880.50 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit 8**

Case No:        13-18184    EEB    Judge: ELIZABETH E. BROWN

Case Name:    UWT, INC.

For Period Ending: 10/10/18

Trustee Name:    Jeffrey A. Weinman, Trustee

Date Filed (f) or Converted (c):    05/14/13 (f)

341(a) Meeting Date:    06/19/13

Claims Bar Date:    09/27/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FUNDS AT WELLS FARGO BANK | 41,012.76 | 41,012.76 | | 41,012.76 | FA |
| 2. COMPUTER EQUIPMENT, MICROFICHE READER, SERVERS. | Unknown | 0.00 | | 0.00 | FA |
| 3. CIVIL ACTION AGAINST TRAVELERS/SETTLEMENT (u) | 0.00 | 850,000.00 | | 850,000.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $41,012.76          $891,012.76          $891,012.76          $0.00

(Total Dollar Amount
in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report submitted to USTO on 2/19/18

Trustee's TDR subitted to USTO on 10/8/18

Initial Projected Date of Final Report (TFR): 12/31/14          Current Projected Date of Final Report (TFR): 03/31/18

/s/        Jeffrey A. Weinman, Trustee

_____ Date: 10/10/18

JEFFREY A. WEINMAN, TRUSTEE

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-18184 -EEB |
| Case Name: | UWT, INC. |
| Taxpayer ID No: | *******5756 |
| For Period Ending: | 10/10/18 |

| | |
|---|---|
| Trustee Name: | Jeffrey A. Weinman, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4256  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 48,104,231.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/13 | 1 | WELLS FARGO BANK | FUNDS IN BANK ACCOUNT | 1129-000 | 41,012.76 | | 41,012.76 |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 32.30 | 40,980.46 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 43.51 | 40,936.95 |
| 10/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 42.07 | 40,894.88 |
| 11/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 43.42 | 40,851.46 |
| 12/06/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 41.98 | 40,809.48 |
| 12/09/13 | 003001 | INTERNATIONAL SURETIES, LTD ONE SHELL SQUARE 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA  70139 | BOND PREMIUM | 2300-000 | | 46.91 | 40,762.57 |
| 01/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 43.31 | 40,719.26 |
| 02/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 43.24 | 40,676.02 |
| 03/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 39.01 | 40,637.01 |
| 04/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 43.15 | 40,593.86 |
| 05/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 41.71 | 40,552.15 |
| 06/06/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 43.06 | 40,509.09 |
| 07/08/14 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 41.63 | 40,467.46 |
| 08/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 42.97 | 40,424.49 |
| 09/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 42.93 | 40,381.56 |
| 10/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 41.50 | 40,340.06 |
| 11/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 42.84 | 40,297.22 |
| 11/20/14 | 003002 | ALLEN & VELLONE, P.C. ATTN:  PAT VELLONE, ESQ. 1600 STOUT STREET, SUITE 1100 DENVER, CO  80202 | ATTORNEY EXPENSES Court Order dated 11/20/14 | 3220-000 | | 27,000.00 | 13,297.22 |
| 12/05/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 34.94 | 13,262.28 |
| 12/10/14 | 003003 | INTERNATIONAL SURETIES, LTD ONE SHELL SQUARE | BOND PREMIUM | 2300-000 | | 12.14 | 13,250.14 |

Page Subtotals    41,012.76    27,762.62

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 13-18184 -EEB | Trustee Name: | Jeffrey A. Weinman, Trustee |
|---|---|---|---|
| Case Name: | UWT, INC. | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******4256  Checking - Non Interest |
| Taxpayer ID No: | *******5756 | | |
| For Period Ending: | 10/10/18 | Blanket Bond (per case limit): | $ 48,104,231.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 01/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.08 | 13,236.06 |
| 02/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.06 | 13,222.00 |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 12.68 | 13,209.32 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.03 | 13,195.29 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.56 | 13,181.73 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.00 | 13,167.73 |
| 07/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 13.53 | 13,154.20 |
| 08/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.97 | 13,140.23 |
| 09/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.95 | 13,126.28 |
| 10/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.49 | 13,112.79 |
| 11/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.92 | 13,098.87 |
| 12/02/15 | 003004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM | 2300-000 | | 6.40 | 13,092.47 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 12/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.46 | 13,079.01 |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.89 | 13,065.12 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.87 | 13,051.25 |
| 03/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 12.96 | 13,038.29 |
| 04/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 13.84 | 13,024.45 |
| 04/28/16 | 3 | TRAVELER'S | SETTLEMENT OF CIVIL ACTION | 1249-000 | 539,343.45 | | 552,367.90 |
| 05/05/16 | 3 | ALLEN & VELLONE TRUST ACCOUNT | SETTLEMENT OF CIVIL ACTION | 1249-000 | 310,656.55 | | 863,024.45 |
| | | TRAVELER'S | | | | | |
| 05/05/16 | 003005 | KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP | ATTORNEY FEES | 3210-000 | | 40,065.00 | 822,959.45 |
| | | | SPECIAL COUNSEL | | | | |
| | | ATTN:  JEROLD OSHINSKY, ESQ. | COURT ORDER DATED 4/5/16 | | | | |
| | | 2029 CENTURY PARK EAST | | | | | |

Page Subtotals          850,000.00          40,290.69

Ver: 20.00j

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 13-18184 -EEB | Trustee Name: | Jeffrey A. Weinman, Trustee |
|---|---|---|---|
| Case Name: | UWT, INC. | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******4256  Checking - Non Interest |
| Taxpayer ID No: | *******5756 | | |
| For Period Ending: | 10/10/18 | Blanket Bond (per case limit): | $ 48,104,231.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 750 LOS ANGELES, CA  90067 | | | | | |
| 05/05/16 | 003006 | ALLEN & VELLONE, P.C. | ATTORNEY EXPENSES | | | 310,656.55 | 512,302.90 |
| | | ATTN:  PAT VELLONE, ESQ. | Court Orders dated 3/24/16 | | | | |
| | | 1600 STOUT STREET, SUITE 1100 | | | | | |
| | | DENVER, CO  80202 | | | | | |
| | | | Fees            283,333.33 | 3210-000 | | | |
| | | | Expenses         27,323.22 | 3220-000 | | | |
| * 05/05/16 | 003007 | ALLEN & VELLONE, P.C. | ATTORNEY EXPENSES | 3220-003 | | 10,383.88 | 501,919.02 |
| | | ATTN:  PAT VELLONE, ESQ. | Court Orders dated 11/20/14 | | | | |
| | | 1600 STOUT STREET, SUITE 1100 | Attorney Expenses - Court Order dated 11/20/14 | | | | |
| | | DENVER, CO  80202 | | | | | |
| * 05/05/16 | 003007 | ALLEN & VELLONE, P.C. | ATTORNEY EXPENSES | 3220-003 | | -10,383.88 | 512,302.90 |
| | | ATTN:  PAT VELLONE, ESQ. | | | | | |
| | | 1600 STOUT STREET, SUITE 1100 | | | | | |
| | | DENVER, CO  80202 | | | | | |
| 05/06/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 68.80 | 512,234.10 |
| 06/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 569.55 | 511,664.55 |
| 07/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 525.80 | 511,138.75 |
| 07/29/16 | 003008 | RUBINBROWN, LLP | ACCOUNTANT FEES | 3410-000 | | 48,579.00 | 462,559.75 |
| | | ATTN:  JIM MASSARO | Court Order dated 7/28/16 | | | | |
| | | 1900 16TH STREET | | | | | |
| | | SUITE 300 | | | | | |
| | | DENVER, CO  80202 | | | | | |
| 08/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 542.77 | 462,016.98 |
| 09/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 520.52 | 461,496.46 |
| 10/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 474.26 | 461,022.20 |
| 11/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 489.54 | 460,532.66 |
| 12/02/16 | 003009 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM | 2300-000 | | 145.57 | 460,387.09 |

| | Page Subtotals | 0.00 | 362,572.36 |
|---|---|---|---|

Ver: 20.00j

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 13-18184 -EEB | |
| Case Name: | UWT, INC. | |
| Taxpayer ID No: | *******5756 | |
| For Period Ending: | 10/10/18 | |

| | |
|---|---|
| Trustee Name: | Jeffrey A. Weinman, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4256  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 48,104,231.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 12/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 473.25 | 459,913.84 |
| 01/09/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 488.39 | 459,425.45 |
| 02/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 487.88 | 458,937.57 |
| 03/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 440.18 | 458,497.39 |
| 04/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 486.85 | 458,010.54 |
| 05/05/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 470.66 | 457,539.88 |
| 06/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 485.81 | 457,054.07 |
| 07/10/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 469.68 | 456,584.39 |
| 08/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 484.87 | 456,099.52 |
| 09/08/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 484.31 | 455,615.21 |
| 10/06/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 468.21 | 455,147.00 |
| 11/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 483.28 | 454,663.72 |
| 11/28/17 | 003010 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM | 2300-000 | | 150.50 | 454,513.22 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 12/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 467.21 | 454,046.01 |
| 01/08/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 482.13 | 453,563.88 |
| 01/17/18 | 003011 | RUBINBROWN, LLP | ACCOUNTANT FEES | 3410-000 | | 7,541.55 | 446,022.33 |
| | | ATTN:  JIM MASSARO | Court Order dated 1/17/18 | | | | |
| | | 1900 16TH STREET | | | | | |
| | | SUITE 300 | | | | | |
| | | DENVER, CO  80202 | | | | | |
| 02/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 481.12 | 445,541.21 |
| 05/07/18 | 003012 | ALLEN VELLONE WOLF HELFRICH & FACTOR, PC | ATTORNEY EXPENSES | | | 18,122.49 | 427,418.72 |
| | | | Court Order dated 5/4/18 | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 32,968.37 |

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

**FORM 2**

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 13-18184 -EEB |
| Case Name: | UWT, INC. |
| | |
| Taxpayer ID No: | *******5756 |
| For Period Ending: | 10/10/18 |

| | |
|---|---|
| Trustee Name: | Jeffrey A. Weinman, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4256  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 48,104,231.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ATTN:  PAT VELLONE, ESQ.<br>1600 STOUT STREET, SUITE 1100<br>DENVER, CO  80202 | | | | | | |
| | | | Fees | 17,822.75 | 3210-000 | | | |
| | | | Expenses | 299.74 | 3220-000 | | | |
| 05/31/18 | 003013 | JEFFREY A. WEINMAN, TRUSTEE<br>730 17th Street<br>Suite 240<br>Denver, CO  80202 | Chapter 7 Compensation/Expense | | | | 48,283.02 | 379,135.70 |
| | | | Fees | 47,800.64 | 2100-000 | | | |
| | | | Expenses | 482.38 | 2200-000 | | | |
| 05/31/18 | 003014 | ALLEN VELLONE WOLF HELFRICH & FACTOR, PC<br>ATTN:  PAT VELLONE, ESQ.<br>1600 STOUT STREET, SUITE 1100<br>DENVER, CO  80202 | Claim 2, Payment 2.83586%<br>ATTORNEY EXPENSES<br>Court Orders dated 11/20/14 and 3/24/16 | | 3220-000 | | 10,383.88 | 368,751.82 |
| 05/31/18 | 003015 | Lynn Henriksen<br>2047 Shelby Circle<br>El Dorado Hils, CA  95762 | Claim 000001, Payment 10.02855% | | 7100-000 | | 14,021.63 | 354,730.19 |
| 05/31/18 | 003016 | Julie Down<br>c/o The Goldman Law Firm<br>55 Main St.<br>Tiburon, CA 94920 | Claim 000002, Payment 10.02855% | | 7100-000 | | 31,946.96 | 322,783.23 |
| 05/31/18 | 003017 | Thomas Freiburger<br>c/o The Goldman Law Firm<br>55 Main St.<br>Tiburon, CA 94920 | Claim 000003, Payment 10.02854% | | 7100-000 | | 4,951.33 | 317,831.90 |
| 05/31/18 | 003018 | Jack Pickerill<br>c/o The Goldman Law Firm<br>55 Main St. | Claim 000004, Payment 10.02855% | | 7100-000 | | 20,081.97 | 297,749.93 |

Page Subtotals          0.00          129,668.79

Ver: 20.00j

**FORM 2**

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-18184 -EEB |
|---|---|
| Case Name: | UWT, INC. |

| Taxpayer ID No: | *******5756 |
|---|---|
| For Period Ending: | 10/10/18 |

| Trustee Name: | Jeffrey A. Weinman, Trustee |
|---|---|
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4256  Checking - Non Interest |

| Blanket Bond (per case limit): | $ 48,104,231.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/18 | 003019 | Tiburon, CA 9492<br>Andrew Thompson<br>c/o The Goldman Law Firm<br>55 Main St.<br>Tiburon, CA 94920 | Claim 000005, Payment 10.02855% | 7100-000 | | 20,100.22 | 277,649.71 |
| 05/31/18 | 003020 | James B. Askew<br>c/o Jeffrey P. Coleman, Esq.<br>581 S. Duncan Ave.<br>Clearwater, FL 33756 | Claim 000008, Payment 10.02855% | 7100-000 | | 43,106.78 | 234,542.93 |
| 05/31/18 | 003021 | Mr. and Mrs. Hoffeditz<br>c/o Jeffrey P. Coleman, Esq.<br>581 S. Duncan Ave.<br>Clearwater, FL 33756 | Claim 000009, Payment 10.02855% | 7100-000 | | 53,282.93 | 181,260.00 |
| 05/31/18 | 003022 | Robert C Canfield<br>Robert C Canfield<br>8320 Tiaga Trail<br>Colorado Springs, CO 80919<br>bccanfield@aol.com | Claim 000010, Payment 10.02855% | 7100-000 | | 8,155.97 | 173,104.03 |
| 05/31/18 | 003023 | Doreen Contee-Wall<br>9205 3rd Street<br>Lanham, MD 20706 | Claim 000014, Payment 10.02856% | 7100-000 | | 891.61 | 172,212.42 |
| 05/31/18 | 003024 | Roy H. Powell<br>10029 San Lorenzo Drive<br>Dallas, TX 75228 | Claim 000015, Payment 10.02855% | 7100-000 | | 5,389.20 | 166,823.22 |
| 05/31/18 | 003025 | Virginia Ann Powell<br>10029 San Lorenzo Drive<br>Dallas, TX 75228 | Claim 000016, Payment 10.02857% | 7100-000 | | 2,613.86 | 164,209.36 |
| 05/31/18 | 003026 | William Holden<br>4638 Van Kleeck Dr.<br>New Smyrna Beach, FL  32169 | Claim 000017, Payment 10.02855% | 7100-000 | | 7,521.41 | 156,687.95 |

Page Subtotals          0.00          141,061.98

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| | |
|---|---|
| Case No: | 13-18184 -EEB |
| Case Name: | UWT, INC. |
| Taxpayer ID No: | *******5756 |
| For Period Ending: | 10/10/18 |

| | |
|---|---|
| Trustee Name: | Jeffrey A. Weinman, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4256  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 48,104,231.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 05/31/18 | 003027 | Stanley R. McGahan<br>251 County Road 100<br>Florence, CO 81226 | Claim 000018, Payment 10.02855% | 7100-000 | | 16,045.68 | 140,642.27 |
| | 05/31/18 | 003028 | Roberta Tibbles<br>1308 L. Ron Hubbard Way<br>Los Angeles, CA 90027<br>robertatibbles@mailpac.net | Claim 000019, Payment 10.02854% | 7100-000 | | 5,003.24 | 135,639.03 |
| | 05/31/18 | 003029 | Richard Immitt<br>3 Melrose Ave.<br>Wanaque, NJ 07465 | Claim 000020, Payment 10.02857% | 7100-000 | | 2,302.86 | 133,336.17 |
| | 05/31/18 | 003030 | Jonathan Woodland<br>16871 Green Lane #4<br>Huntington Beach, CA 92649 | Claim 000021, Payment 10.02852% | 7100-000 | | 523.99 | 132,812.18 |
| | 05/31/18 | 003031 | Kim F. Fiorio<br>68 N. Woods<br>Calverton, NY 11933 | Claim 000022, Payment 10.02845% | 7100-000 | | 331.75 | 132,480.43 |
| | 05/31/18 | 003032 | Richard P. Fiorio<br>68 N. Woods<br>Calverton, NY 11933 | Claim 000023, Payment 10.02849% | 7100-000 | | 442.08 | 132,038.35 |
| * | 05/31/18 | 003033 | Deborah (Fiore) Labaty<br>C/O Hodges Rawlins, LLC<br>508 Twilight Trl. Ste 99<br>Richardson, TX 75080 | Claim 000024, Payment 10.02855% | 7100-004 | | 15,051.05 | 116,987.30 |
| | 05/31/18 | 003034 | Thomas Paul Horwath<br>132 N. Queen St.<br>Littlestown, PA 17340 | Claim 000025, Payment 10.02854% | 7100-000 | | 1,672.76 | 115,314.54 |
| * | 05/31/18 | 003035 | Michael C. Fusano<br>2420 Prospect Ave.<br>Montrose, CA 91020 | Claim 000026, Payment 10.02854% | 7100-004 | | 2,066.18 | 113,248.36 |
| | 05/31/18 | 003036 | Bruce Epstein | Claim 000027, Payment 10.02855% | 7100-000 | | 18,498.28 | 94,750.08 |

Page Subtotals          0.00          61,937.87

Ver: 20.00j

**FORM 2**

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 13-18184 -EEB |
| Case Name: | UWT, INC. |
| Taxpayer ID No: | *******5756 |
| For Period Ending: | 10/10/18 |

| | |
|---|---|
| Trustee Name: | Jeffrey A. Weinman, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4256  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 48,104,231.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/18 | 003037 | 2550 Catherine Rd.<br>Altadena, CA 91001<br>William F. Jewell<br>310 Eagle Ct.<br>Longmont, CO 80504 | Claim 000028, Payment 10.02855% | 7100-000 | | 3,392.24 | 91,357.84 |
| 05/31/18 | 003038 | Diana K. Englund<br>36363 N. 36th Place<br>Cave Creek, AZ 85331 | Claim 000029, Payment 10.02854% | 7100-000 | | 6,881.80 | 84,476.04 |
| 05/31/18 | 003039 | Sean Englund<br>36363 N. 36th Place<br>Cave Creek, AZ 85331 | Claim 000030, Payment 10.02857% | 7100-000 | | 1,846.30 | 82,629.74 |
| 05/31/18 | 003040 | Eric Elliott<br>20926 Rootstown Terr<br>Ashburn, VA 20147 | Claim 000031, Payment 10.02856% | 7100-000 | | 3,451.78 | 79,177.96 |
| 05/31/18 | 003041 | James L & Deborah L Brossard<br>374- 5th Way SE<br>Dover, MN 55929 | Claim 000032, Payment 10.02850% | 7100-000 | | 1,002.85 | 78,175.11 |
| 05/31/18 | 003042 | Kevin W. Wicke<br>371 Orchard St<br>Rio Dell, CA 95562 | Claim 000033, Payment 10.02854% | 7100-000 | | 2,960.85 | 75,214.26 |
| 05/31/18 | 003043 | Joe E. Mickelson<br>333 S. 225th Ave.<br>Buckeye, AZ 85326 | Claim 000034, Payment 10.02856% | 7100-000 | | 4,077.25 | 71,137.01 |
| 05/31/18 | 003044 | Clifford Thompson<br>12408 Water Oak Dr.<br>Fort Worth, TX 76244 | Claim 000036, Payment 10.02852% | 7100-000 | | 1,687.70 | 69,449.31 |
| 05/31/18 | 003045 | Thomas Michel<br>5020 Sawtelle Blvd. Apt 3<br>Culver City, CA 90230 | Claim 000037, Payment 10.02855% | 7100-000 | | 2,917.03 | 66,532.28 |
| 05/31/18 | 003046 | Christine M. Cullen | Claim 000038, Payment 10.02860% | 7100-000 | | 501.43 | 66,030.85 |

| | | | | Page Subtotals | 0.00 | 28,719.23 | |

Ver: 20.00j

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 13-18184 -EEB | Trustee Name: | Jeffrey A. Weinman, Trustee |
| Case Name: | UWT, INC. | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******4256  Checking - Non Interest |
| Taxpayer ID No: | *******5756 | | |
| For Period Ending: | 10/10/18 | Blanket Bond (per case limit): | $ 48,104,231.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 11 Standard Ave | | | | | |
| | | | West Warwick, RI 02893 | | | | | |
| | 05/31/18 | 003047 | Ron S. Cullen | Claim 000039, Payment 10.02855% | 7100-000 | | 8,853.40 | 57,177.45 |
| | | | 2966 Bonanza | | | | | |
| | | | San Clemente, CA 92673 | | | | | |
| | 05/31/18 | 003048 | Marie Annette Sortillon-Jones | Claim 000040, Payment 10.02856% | 7100-000 | | 943.17 | 56,234.28 |
| | | | 10850 Church St Apt H206 | | | | | |
| | | | Rancho Cucamonga, CA 91730 | | | | | |
| | 05/31/18 | 003049 | Bart Hamlett | Claim 000041, Payment 10.02854% | 7100-000 | | 1,363.40 | 54,870.88 |
| | | | 1268 Galway St | | | | | |
| | | | Placentia, CA 92870 | | | | | |
| * | 05/31/18 | 003050 | John McHone | Claim 000043, Payment 10.02856% | 7100-004 | | 1,805.14 | 53,065.74 |
| | | | 740 W. Vassar | | | | | |
| | | | Visalia, CA 93277 | | | | | |
| | 05/31/18 | 003051 | David W. Morales | Claim 000044, Payment 10.02853% | 7100-000 | | 475.56 | 52,590.18 |
| | | | 429 S. Beachwood Drive | | | | | |
| | | | Burbank, CA 91506 | | | | | |
| | 05/31/18 | 003052 | Terrance J. Gormley | Claim 000045, Payment 10.02854% | 7100-000 | | 3,644.53 | 48,945.65 |
| | | | 3800 East Birch View Drive | | | | | |
| | | | Wasilla AK 99654 | | | | | |
| | 05/31/18 | 003053 | Richard E. Huff | Claim 000046, Payment 10.02855% | 7100-000 | | 7,049.07 | 41,896.58 |
| | | | 811 East Unaka Avenue | | | | | |
| | | | Johnson City, TN 37601 | | | | | |
| | 05/31/18 | 003054 | Donna Lynn Pierce | Claim 000047, Payment 10.02859% | 7100-000 | | 526.20 | 41,370.38 |
| | | | 42727 Winema #619 | | | | | |
| | | | Bouse, AZ 85325 | | | | | |
| | 05/31/18 | 003055 | Arthur M. Valenzuela | Claim 000048, Payment 10.02852% | 7100-000 | | 1,069.04 | 40,301.34 |
| | | | 1302 Electra Ave. | | | | | |
| | | | Rowland Heights, CA 91748 | | | | | |
| | 05/31/18 | 003056 | Timothy W. Newton | Claim 000049, Payment 10.02854% | 7100-000 | | 1,149.92 | 39,151.42 |

| | Page Subtotals | 0.00 | 26,879.43 |
|---|---|---|---|

Ver: 20.00j

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

**FORM 2**

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-18184 -EEB |
| Case Name: | UWT, INC. |
| Taxpayer ID No: | *******5756 |
| For Period Ending: | 10/10/18 |

| | |
|---|---|
| Trustee Name: | Jeffrey A. Weinman, Trustee |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******4256  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 48,104,231.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 401 Pace Ave. Enterprise, OR 97828 | | | | | |
| 05/31/18 | 003057 | Crystal Marie Newton 401 Pace Ave. Enterprise, OR 97828 | Claim 000050, Payment 10.02845% | 7100-000 | | 283.40 | 38,868.02 |
| 05/31/18 | 003058 | Paulette D Loague 1457 W 88th Street Los Angeles, CA 90047-3415 | Claim 000052, Payment 10.02856% | 7100-000 | | 3,397.11 | 35,470.91 |
| 05/31/18 | 003059 | Ann Marie Kenback 3961 Tenneyson Ct. Concord, NC 28027 | Claim 000053, Payment 10.02855% | 7100-000 | | 25,442.36 | 10,028.55 |
| 05/31/18 | 003060 | Rodney C Phillips 3522 Sleepy Hollow Blvd Amarillo, TX 79121 | Claim 000054, Payment 10.02855% | 7100-000 | | 10,028.55 | 0.00 |
| * 06/26/18 | 003033 | Deborah (Fiore) Labaty C/O Hodges Rawlins, LLC 508 Twilight Trl. Ste 99 Richardson, TX 75080 | Stop Payment Reversal STOP PAY SUCCESSFUL | 7100-004 | | -15,051.05 | 15,051.05 |
| 06/26/18 | 003061 | Deborah (Fiore) Labaty 7507 Asher Park Dr. San Antonio, TX  78249 | Claim 000024, Payment 10.02853% | 7100-000 | | 15,051.05 | 0.00 |
| * 09/06/18 | 003035 | Michael C. Fusano 2420 Prospect Ave. Montrose, CA 91020 | Stop Payment Reversal STOP PAY SUCCUSSFUL | 7100-004 | | -2,066.18 | 2,066.18 |
| * 09/06/18 | 003050 | John McHone 740 W. Vassar Visalia, CA 93277 | Stop Payment Reversal STOP PAY SUCCUSSFUL | 7100-004 | | -1,805.14 | 3,871.32 |
| 09/06/18 | 003062 | Clerk of the Bankruptcy Court Registry 721 19th Street Denver, Colorado  80202 | NON-DISBURSED FUNDS Claim No. 26 - Michael C. Fusano Claim No. 43 - John McHome | 8500-001 | | 3,871.32 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 39,151.42 |

Ver: 20.00j

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

**Exhibit 9**

Case No:         13-18184  -EEB
Case Name:    UWT, INC.

Taxpayer ID No:  *******5756
For Period Ending:  10/10/18

Trustee Name:         Jeffrey A. Weinman, Trustee
Bank Name:             FIRST NATIONAL BANK OF VINITA
Account Number / CD #:   *******4256  Checking - Non Interest

Blanket Bond (per case limit):   $ 48,104,231.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Attn:  Closing/Finance | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 891,012.76 | 891,012.76 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 891,012.76 | 891,012.76 | |
| Less:  Payments to Debtors | | | 3,871.32 | |
| Net | | 891,012.76 | 887,141.44 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********4256 | 891,012.76 | 887,141.44 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 891,012.76 | 887,141.44 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                  0.00

Ver: 20.00j

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*